

SEP 21 2017

David J. Bradley, Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| Selva Kumar | ) | NO. | 16-34299 |
| Debtor | ) | Chapter 7 | |

## Motion to Reinstate Case

Comes the Debtor, proceeding *pro se*, and moves this Court for an Order vacating its previous Order dismissing this case, and reinstating the case. In support thereof, the Debtor would show:

1. The Court dismissed this case by Order dated 09/07/2017, pursuant to a Deficiency Order previously entered.

2. The Debtor complied with the Deficiency Order, having filed all required schedules and disclosures with the Court, and having attended his Creditors Meeting.

Wherefore, the Debtor asks that this Court vacating its previous Order dismissing this case, and allow this case to continue.

Respectfully Submitted,

_____
Selva Kumar, Debtor

Houston, TX | Sep-19-2017

## CERTIFICATE OF SERVICE

On **Sep-19-2017,** a copy of this notice was sent by certified mail, return receipt requested, and by regular US mail to each of the following:

Chapter 7 Trustee
---

    Janet S Casciato – Northrup
    Hughes Waters & Askanase
    1201 Louisiana st, Floor #28
    Houston, TX 77002

List of creditors
---

| # | Creditor |
|---|---|
| 1 | Alliant credit union<br>11545 Touhy Ave,<br>Chicago, IL 60631 |
| 2 | CITI CARDS<br>PO BOX 78045<br>Phonix, AZ 85062 |
| 3 | Cy-Fair Federal Credit Union<br>9601 Jones Road #100<br>Houston, TX 77065 |
| 4 | Digital Federal Credit Union<br>220 Donald Lynch Blvd<br>P.O. Box 9130<br>Marlborough, MA 01752-9130 |
| 5 | Energy Capital Credit Union<br>18540 Northwest Freeway<br>Houston, TX 77065 |
| 6 | First Source advantage<br>205, Bryad woods South<br>Amherst, NY 14228 |

| | |
|---|---|
| 7 | Houston Federal Credit union<br>16320 Kensington Drive<br>Sugar Land, TX 77479-4079 |
| 8 | Powerco Federal credit union<br>241 Ralph McGill Boulevard NE,<br>Atlanta, GA 30308 |

_____
Signature of Debtor

Houston, TX | Sep-19-2017