**Fill in this information to identify your case and this filing:**

Debtor 1: Selva --- Kumar
 First Name   Middle Name   Last Name

Debtor 2: --------- --- ----
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Southern District of Texas

Case number: 17-34299

United States Courts
Southern District of Texas
FILED

DEC 20 2017

David J. Bradley, Clerk of Court

☑ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1. 11511, Henley Dr
    Street address, if available, or other description

    Houston    TX    77064
    City       State  ZIP Code

    `Harris
    County

    **What is the property?** Check all that apply.
    ☑ Single-family home
    ☐ Duplex or multi-unit building
    ☐ Condominium or cooperative
    ☐ Manufactured or mobile home
    ☐ Land
    ☐ Investment property
    ☐ Timeshare
    ☐ Other _____

    **Who has an interest in the property?** Check one.
    ☑ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☐ At least one of the debtors and another

    Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

    Current value of the entire property?  $ 120,000.00
    Current value of the portion you own?   $ 70,000.00

    Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
    tenancy by entirety

    ☐ Check if this is community property (see instructions)

    Other information you wish to add about this item, such as local property identification number: _____

If you own or have more than one, list here:

1.2. _____
    Street address, if available, or other description

    _____
    City       State   ZIP Code

    _____
    County

    **What is the property?** Check all that apply.
    ☐ Single-family home
    ☐ Duplex or multi-unit building
    ☐ Condominium or cooperative
    ☐ Manufactured or mobile home
    ☐ Land
    ☐ Investment property
    ☐ Timeshare
    ☐ Other _____

    **Who has an interest in the property?** Check one.
    ☐ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☐ At least one of the debtors and another

    Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

    Current value of the entire property?  $ _____
    Current value of the portion you own?   $ _____

    Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
    _____

    ☐ Check if this is community property (see instructions)

    Other information you wish to add about this item, such as local property identification number: _____

Debtor 1 __Selva_____ __---___ __Kumar___  Case number (if known) __17-34299__
         First Name   Middle Name  Last Name

1.3. _____
Street address, if available, or other description

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$_____                                  $_____

_____  _____  _____
City      State     ZIP Code

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
_____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

_____
County

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ..............................➔   $ __70,000.00__

---

**Part 2:  Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
☐ No
☑ Yes

3.1. Make: __Volkswagen__
    Model: __GTI__
    Year: __2000__
    Approximate mileage: __280 000__
    Other information:
    __-------__

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$__1,000.00__                                $__1,000.00__

If you own or have more than one, describe here:

3.2. Make: __-------__
    Model: __-------__
    Year: __-------__
    Approximate mileage: __-------__
    Other information:
    __-------__

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$_____                                  $_____

Debtor 1  Selva ___ --- ___ Kumar ___          Case number *(if known)* 17-34299 ___
        First Name   Middle Name   Last Name

3.3. Make: _____
    Model: _____
    Year: _____
    Approximate mileage: _____
    Other information:
    [ _____ ]

**Who has an interest in the property?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

❏ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

3.4. Make: _____
    Model: _____
    Year: _____
    Approximate mileage: _____
    Other information:
    [ _____ ]

**Who has an interest in the property?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

❏ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
☑ No
❏ Yes

4.1. Make: _____
    Model: _____
    Year: _____
    Other information:
    [ _____ ]

**Who has an interest in the property?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

❏ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

If you own or have more than one, list here:

4.2. Make: _____
    Model: _____
    Year: _____
    Other information:
    [ _____ ]

**Who has an interest in the property?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

❏ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................................................................. ➔    $ 1,000.00

| Debtor 1 | Selva | --- | Kumar | Case number (if known) 17-34299 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

*Current value of the portion you own?*
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe......... Refrigerator                                    $ 750.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☑ No
   ☐ Yes. Describe.......... ------                                          $

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.......... ------                                          $

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.......... ------                                          $

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.......... ------                                         $

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.......... daily clothes, leather coats, business suits, shoes, etc    $ 2,000.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☑ No
    ☐ Yes. Describe.......... ------                                         $

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe.......... ------                                         $

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information. ......... ------                        $

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...............................................→   $ 2,750.00

Debtor 1  **Selva** --- **Kumar**
        First Name     Middle Name     Last Name

Case number *(if known)* **17-34299**

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 16. Cash
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ............................................................................................................................................................ Cash: ................ $ **400.00**

### 17. Deposits of money
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☑ No
☐ Yes ...................... Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | San antonio credit union | $ 342.41 |
| 17.2. Checking account: | First choice credit union | $ 498.96 |
| 17.3. Savings account: | Member choice credit union | $ 227.35 |
| 17.4. Savings account: | ------- | $ |
| 17.5. Certificates of deposit: | ------- | $ |
| 17.6. Other financial account: | ------- | $ |
| 17.7. Other financial account: | ------- | $ |
| 17.8. Other financial account: | ------- | $ |
| 17.9. Other financial account: | ------- | $ |

### 18. Bonds, mutual funds, or publicly traded stocks
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes ................. Institution or issuer name:

| | |
|---|---|
| Capital one bank (on options trading) | $ 41.26 |
| ------- | $ |
| | $ |

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☑ No
☐ Yes. Give specific information about them.........................

| Name of entity: | % of ownership: | |
|---|---|---|
| ------- | 0% | $ |
| ------- | 0% | $ |
| ------- | 0% | $ |

| Debtor 1 | Selva | --- | Kumar | Case number (if known) 17-34299 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them......

    Issuer name:
    -------                                                                                   $_____
    _____   $_____
    _____   $_____

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account separately.

    | Type of account: | Institution name: | |
    |---|---|---|
    | 401(k) or similar plan: | ------- | $_____ |
    | Pension plan: | | $_____ |
    | IRA: | | $_____ |
    | Retirement account: | | $_____ |
    | Keogh: | | $_____ |
    | Additional account: | | $_____ |
    | Additional account: | | $_____ |

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes..........

    Institution name or individual:

    | Electric: | ------- | $_____ |
    |---|---|---|
    | Gas: | | $_____ |
    | Heating oil: | | $_____ |
    | Security deposit on rental unit: | _____ | $_____ |
    | Prepaid rent: | | $_____ |
    | Telephone: | | $_____ |
    | Water: | | $_____ |
    | Rented furniture: | | $_____ |
    | Other: | | $_____ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes..........

    Issuer name and description:
    -------
    _____   $_____
    _____   $_____
    _____   $_____

Debtor 1   Selva --- Kumar                  Case number (if known) 17-34299
          First Name  Middle Name  Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes ................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    _____                                                                                  $_____
                                                                                              $_____
    _____                                                                                  $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☑ No
    ☐ Yes. Give specific information about them....                                          $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes. Give specific information about them....                                          $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☑ No
    ☐ Yes. Give specific information about them....                                          $_____

**Money or property owed to you?**                                                           **Current value of the portion you own?**
                                                                                              Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .......
                                                                                              Federal: $_____
                                                                                              State:   $_____
                                                                                              Local:   $_____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☑ No
    ☐ Yes. Give specific information.............
                                                                                              Alimony:             $_____
                                                                                              Maintenance:         $_____
                                                                                              Support:             $_____
                                                                                              Divorce settlement:  $_____
                                                                                              Property settlement: $_____

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☑ No
    ☐ Yes. Give specific information.............                                            $_____

Official Form 106A/B                    Schedule A/B: Property                               page 7

Debtor 1  **Selva** --- **Kumar**
        First Name   Middle Name   Last Name     Case number *(if known)* 17-34299

---

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information..............  $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Describe each claim. ............ wrongful termination labor case pending against ohio employer   $ 40,000.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim. .................  $_____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information............  $_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................... ➔   $ **41,509.98**

---

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe.......    $_____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe.......    $_____

---

Debtor 1  Selva --- Kumar           Case number (if known) 17-34299
         First Name  Middle Name  Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - ☑ No
    - ☐ Yes. Describe...... $_____

41. **Inventory**
    - ☑ No
    - ☐ Yes. Describe...... $_____

42. **Interests in partnerships or joint ventures**
    - ☑ No
    - ☐ Yes. Describe.......

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | _____ | ____ % | $_____ |
    | _____ | ____ % | $_____ |
    | _____ | ____ % | $_____ |

43. **Customer lists, mailing lists, or other compilations**
    - ☑ No
    - ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
        - ☐ No
        - ☐ Yes. Describe........ $_____

44. **Any business-related property you did not already list**
    - ☑ No
    - ☐ Yes. Give specific information .........
        - $_____
        - $_____
        - $_____
        - $_____
        - $_____
        - $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ...............  →  $ 0.00

---

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    - ☑ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples*: Livestock, poultry, farm-raised fish
    - ☑ No
    - ☐ Yes...................... $_____

Official Form 106A/B                Schedule A/B: Property                page 9

Debtor 1 ___Selva___ ___---___ ___Kumar___  Case number *(if known)* 17-34299
         First Name   Middle Name   Last Name

48. **Crops—either growing or harvested**
    - ☑ No
    - ☐ Yes. Give specific information............  $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    - ☑ No
    - ☐ Yes.................  $_____

50. **Farm and fishing supplies, chemicals, and feed**
    - ☑ No
    - ☐ Yes.................  $_____

51. **Any farm- and commercial fishing-related property you did not already list**
    - ☑ No
    - ☐ Yes. Give specific information............  $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ...............→  $ **0.00**

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☑ No
    - ☐ Yes. Give specific information............  $_____  $_____  $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ...............→  $ **0.00**

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ........................................................→  $ **70,000.00**

56. Part 2: Total vehicles, line 5    $ **1,000.00**

57. Part 3: Total personal and household items, line 15    $ **2,750.00**

58. Part 4: Total financial assets, line 36    $ **41,509.98**

59. Part 5: Total business-related property, line 45    $ **0.00**

60. Part 6: Total farm- and fishing-related property, line 52    $ **0.00**

61. Part 7: Total other property not listed, line 54    +$ **0.00**

62. **Total personal property.** Add lines 56 through 61. .........    $ **45,259.98**  Copy personal property total → +$ **45,259.98**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. .........................................    $ **115,259.98**

Official Form 106A/B        Schedule A/B: Property        page 10